UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LYNDA CANEVA,

Plaintiff,

- against    -

WILMINGTON TRUST NATIONAL ASSOCIATION,
AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS
TRUSTEE FOR BNC MORTGAGE LOAN TRUST
SERIES 2007-3; CITIBANK, N.A. AS TRUSTEE FOR
BNC MORTGAGE LOAN TRUST 2007-3, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2007-3;
BNC MORTGAGE, INC., A DELAWARE
CORPORATION; MORTGAGE ELECTRONIC
RECORDING SYSTEMS, INC.; OCWEN LOAN
SERVICING, LLC; CHASE HOME FINANCE LLC; and
"JOHN DOE" 1-5, the last five names being fictitious, said
parties intended being undisclosed, unnamed and unknown
investors, participants, corporate or other entities, conduits,
trustees, servicers, custodians and others, if any, having or
claiming an interest in or lien upon the premises described
in the complaint,

Case No.: 16-cv-02688 (CS)

**NOTICE OF MOTION**

Defendants.

------------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Lynda Caneva, sworn

to on June 22, 2018, and the exhibits annexed thereto, Declaration of Joanna Sandolo, Esq., and

the exhibits annexed thereto, Rule 56.1 Statement of Material Undisputed Facts, and Memorandum

of Law, Plaintiff Lynda Caneva ("Plaintiff"), by and through her attorneys, Belowich & Walsh

LLP, will move this Court, before the Honorable Cathy Seibel in the United States District Court

for the Southern District of New York, at the Courthouse located at 300 Quarropas Street, White

Plains, New York 10601, at a date and time to be set at the convenience of the Court, for Order

granting summary judgment in her favor against defendants Wilmington Trust National

Association, as successor trustee to BNC Mortgage Loan Trust Series 2007-3, Citibank N.A., as

trustee for BNC Mortgage Loan Trust 2007-3, Mortgage Pass-Through Certificates, Series 2007-3 and Ocwen Loan Servicing, LLC (together, "Defendants"): (1) declaring that an action to foreclose on a certain mortgage dated April 4, 2007 and recorded in the Westchester County Clerk's Office in Control No. 471230068 on May 10, 2007 (the "April 4, 2007 Mortgage") against certain real property located at 99 Mount Tom Road a/k/a 99 Mt. Tom Road, New Rochelle, New York (the "Property") is barred by the applicable statute of limitations, CPRL § 213(4); (2) cancelling and discharging the time-barred April 4, 2007 Mortgage of record, pursuant to New York RPAPL § 1501(4); and (3) granting Plaintiff such other and further relief as to the Court seems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's May 11, 2018 Order, Defendants' opposition and cross-motion, if any, is to be served no later than August 8, 2018, Plaintiff's opposition and reply is to be served no later than September 7, 2018, and Defendants' reply is to be served no later than October 9, 2018.

Dated: White Plains, New York
June 25, 2018

BELOWICH & WALSH LLP

  /s/ Joanna Sandolo
Daniel G. Walsh (DW-7777)
Joanna Sandolo (JS-9187)
140 Grand Street, 8th Floor
White Plains, New York 10601
(914) 265-6068
*Attorneys for Plaintiff Lynda Caneva*

TO:   Daniel Park, Esq.
Houser & Allison, APC
Attorneys for Defendants
60 East 42nd Street, Suite 1148
New York, New York 10165
(212) 490-3333

2