UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNDA CANEVA,<br><br>                              Plaintiff,<br><br>-against-<br><br>WILMINGTON TRUST NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE FOR BNC MORTGAGE LOAN TRUST SERIES 2007-3; CITIBANK, N.A. AS TRUSTEE FOR BNC MORTGAGE LOAN TRUST 2007-3, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-3; OCWEN LOAN SERVICING, LLC; AND "JOHN DOE" 1-5, the last five names being fictitious, said parties intended being undisclosed, unnamed and unknown investors, participants, corporate or other entities, conduits, trustees, servicers, custodians and others, if any, having or claiming an interest in or lien upon the premises described in the complaint,<br><br>                              Defendants. | Docket No: 16-CV-02688 (CS)<br><br>**NOTICE OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 56(a) and Local Civil Rule 7.1, defendants WILMINGTON TRUST NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A. AS TRUSTEE FOR BNC MORTGAGE LOAN TRUST SERIES 2007-3 ("Wilmington, as Successor Trustee"), CITIBANK, N.A. AS TRUSTEE FOR BNC MORTGAGE LOAN TRUST 2007-3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3 ("Citibank, as Trustee"), and OCWEN LOAN SERVICING, LLC ("Ocwen") (collectively "Defendants"), in the above-captioned matter hereby move this Court, before the Honorable Cathy Seibel in the United States District Court for the Southern District of New York, at the Courthouse located at 300 Quarropas Street, White Plains, New York 10601, at a date and time to be set at the convenience of the Court, for an Order granting summary judgment in favor of Defendants dismissing Plaintiff's Amended Complaint in its entirety on the ground that Plaintiff fails to create

a triable issue of fact, denying Plaintiff summary judgment, and for such other and further relief as to the Court seems just and proper.

The Cross-Motion is based upon this Notice, the concurrently filed Memorandum of Law in Support of Defendants' Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment, supporting affidavits and the exhibits annexed thereto, and upon all papers and documents on file herein, the Court's files concerning this action, together with those facts and documents of which the parties request judicial notice and/or matters which judicial notice is proper, as well as any oral argument which may be presented at the time of the hearing.

**PLEASE TAKE FURTHER NOTICE** that any reply memorandum/opposition to cross-motion must be served and filed by September 7, 2018. Failure to file timely opposition may be deemed by the Court that there is no opposition to the cross-motion and the relief requested.

Dated:  August 8, 2018
         New York, New York

**HOUSER & ALLISON, APC**
/s/ *Daniel Park*
Daniel Park (DP2482)
60 East 42nd Street, Suite 1148
New York, New York 10165
T: 212.490.3333 | F: 212.490.3332
dpark@houser-law.com
*Attorneys for Defendant*